IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| BRANDON MARQUIS PUGH, (AIS #254312) | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | CIVIL ACTION 13-00589-CG-M |
| | : | |
| ASHLEY HORACE, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Amended Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff Brandon Marquis Pugh's Motion to Amend Complaint is **DENIED**, and his Complaint be and is hereby **DISMISSED** with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(i) and (ii).

**DONE** and **ORDERED** this 10th day of March, 2014.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE