# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

BRANDON MARQUIS PUGH, :
(AIS #254312)
:
Plaintiff,
:
vs.                                          CIVIL ACTION 13-00589-CG-M
:
ASHLEY HORACE,
:
Defendant.

## JUDGMENT

In accordance with the Order entered this date, it is **ORDERED, ADJUDGED**, and **DECREED** that judgment be entered in favor of Defendant Ashley Horace and against Plaintiff Brandon Marquis Pugh.

**DONE** this 10th day of March, 2014.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE